FILED: September 20, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4408
(1:12-cr-00117-LO-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

MUSTAPHA ISSAKA ZICO, a/k/a Mustafa Zico, a/k/a Alhaji

  Defendant - Appellant

_____

O R D E R

_____

  Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

  The court grants appellant leave to file a joint appendix not to exceed 724 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk